Stephen Taylor appeals from the probate court's judgment after a jury trial committing him to secure confinement in the custody of the Missouri Department of Mental Health as a sexually violent predator. We have reviewed the briefs of the parties and the record on appeal and conclude that there was sufficient evidence from which a reasonable fact finder could

■

**In the Matter of the Care and Treatment of Stanley TAYLOR, Appellant.**

No. ED 97770.

Missouri Court of Appeals, Eastern District, Division One.

Sept. 18, 2012.

Erika R. Eliason, Columbia, MO, for appellant.

Chris Koster, Atty. Gen., Timothy A. Blackwell, Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

*ORDER*

PER CURIAM.

Stanley Taylor appeals from the judgment of the trial court following a jury verdict that committed him to the custody of the Missouri Department of Mental

Health as a sexually violent predator ("SVP").

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).